# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2405
Lower Tribunal No. 21-3122
_____

**Alexander Moskovits,**
Appellant,

vs.

**In Re: Estate of Michele Marie Gillen,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Alexander Moskovits, in proper person.

Simon Schindler & Sandberg LLP, and Sherryll Martens Dunaj, for appellee.

Before EMAS, LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.